jurisdiction to entertain the matter or to grant the relief therein sought and upon the further ground that the order was a nullity. At the outset when the question of the right of Laurence J. Olmsted to appear as special counsel for respondent was raised, Mr. Olmsted appeared specially and questioned the jurisdiction of the Erie County Court to entertain the proceeding to determine his qualification to appear as counsel upon the ground that the Appellate Division of the Supreme Court had the exclusive jurisdiction to inquire into the matter of the professional conduct of an attorney. The court overruled the objection, entertained the proceeding and proceeded to determine the matter upon its merits. This I believe was error. The objection to the jurisdiction of the court should have been sustained. (See Judiciary Law, § 90, subd. 2; *People ex rel. Karlin* v. *Culkin,* 248 N. Y. 465.) (Appeal from an order denying a motion by two defendants to preclude appearance as counsel.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

SANTO SORRENTINO, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant. — ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ All concur. (Appeal from an order granting plaintiff's motion for a preference in a negligence action.) Present — Taylor, P. J., Kimball, Piper and Wheeler, JJ.

CLAYTON M. JONES, Appellant, v. NATIONAL CHAUTAUQUA COUNTY BANK OF JAMESTOWN, Respondent. — ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 278 App. Div. 1042.]

WATKINS BODY CORPORATION, Appellant-Respondent, v. ARDITI LIMITED et al., Respondents-Appellants. (Action No. 1.) MAX RABINOFF, Appellant-Respondent, v. WATKINS BODY CORPORATION, Respondent-Appellant. (Action No. 2.) — ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *ante,* p. 619.]

NANCY PICCARRETO, as Administratrix of the Estate of JOSEPH PICCARRETO, Deceased, Respondent, v. ROCHESTER GENERAL HOSPITAL, Appellant. — ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *ante,* p. 625.]

In the Matter of DINAH R. ROSENBLATT, an Attorney. — ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.